# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137424

DANIEL ADAIR, *et al.*,
            Plaintiffs-Appellants,

v                                           SC: 137424
                                            COA: 230858

STATE OF MICHIGAN,
            Defendant-Appellee.

_____/

137453

DANIEL ADAIR, *et al.*,
            Plaintiffs-Appellees,

v                                           SC: 137453
                                            COA: 230858

STATE OF MICHIGAN,
            Defendant-Appellant.

_____/

On order of the Court, the applications for leave to appeal the July 3, 2008 judgment of the Court of Appeals are considered, and they are GRANTED, limited to the issues: (1) whether the prohibition of unfunded mandates in Const 1963, art 9, § 29 requires the plaintiffs to prove specific costs, either through the reallocation of funds or out of pocket expenses, in order to establish their entitlement to a declaratory judgment; and (2) whether plaintiffs are entitled to recover the "costs incurred in maintaining" this suit pursuant to Const 1963, art 9, § 32.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2009

0331

Clerk